IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO 20-50585-CAG |
| | § | |
| LAMMERT, INC., DBA, HPN BOOKS | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

CHAPTER 7 TRUSTEE'S MOTION TO SELL (NOT FREE AND CLEAR OF ALL LIENS AND INTERESTS) OR ABANDON ALL NON-LEASED ASSETS OF DEBTOR (WITH 21-DAY NOTICE)

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of LAMMERT, INC., DBA, HPN BOOKS and files his Motion to Sell (NOT FREE AND CLEAR OF ALL LIENS AND INTERESTS) or Abandon all Non Leased Assets of Debtor, LAMMERT, INC., DBA, HPN BOOKS - (With 21-Day Language). The Trustee would show the Court the following:

1. On 3/13/20 this case was filed as a Chapter 7 Bankruptcy under Chapter 7 of the Bankruptcy Code. On 3/16/20, Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's bankruptcy estate and continues to act in that capacity.

2. The Trustee hereby offers for sale the bankruptcy estate's interest in the Debtor's property described as all Non Leased Assets of Debtor, includes finished books, miscellaneous office equipment, 11 desk top computers, some used office equipment, electronic books files, photographs of the office and an inventory of books available upon request. The Debtor claims an estimated value of $100,000.00 in books valued at $5.00 (book producing cost), on these assets.

A copy of the proposed Order attached as Exhibit "A".

3. The Trustee believes the value is no more than $20,000.00, if the business is sold as a unit, at auction these assets would not cover the cost of an auction.

4. If this interest is sold, it will be sold AS IS and WHERE IS, without any representations or warranties. <u>As far as the Trustee knows, there are no liens on these assets.</u>

5. Parties who wish to make a bid on the bankruptcy estate's interest in the above-described property, if any, are advised to submit a bid on or before Thursday, April 10th, 2020, at 4:00 p.m., at 342 West Woodlawn Ave, Suite 100, San Antonio, TX 78212, in an amount no less than $15,000.00. All bids should include a check for the full amount of their bid. All sales are as is, where is, with no representations or warranties even as to title. In the event no bids are received by the Trustee on April 10th, 2020, the bankruptcy estate's interest in the property specified, shall be abandoned as provided by §554 of Title 11.

6. A copy of this Motion has been forwarded to all interested parties in accordance with Local Rule 9014 and all third parties that have requested notice of the sale of bankruptcy estate assets.

Respectfully submitted this 27th day of March, 2020.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO 20-50585-CAG |
| | § | |
| LAMMERT, INC., DBA, HPN BOOKS | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

### ORDER AUTHORIZING TRUSTEE
### TO SELL OR ABANDON THE *DEBTOR'S INTEREST IN*
### *ALL NON LEASED ASSETS*

On the day this Order was signed, came for consideration the Motion to Sell or Abandon Debtor's Property. The Court, finding notice was properly given pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules, and one response having been made, the Court finds the Motion and Response are meritorious. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to sell or abandon Debtor's 100% interest in all non-leased assets, described in the Trustee's Motion to Sell or Abandon.

### # # #

RANDOLPH N. OSHEROW
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
rosherow@hotmail.com
**Chapter 7 Trustee**

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO 20-50585-CAG |
| | § | |
| LAMMERT, INC., DBA, HPN BOOKS | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of his Motion to Sell or Abandon Debtors' Property- (With 21-Day Language) has been served upon the following parties in interest by U.S. first class mail, postage prepaid, this ____ day of March, 2020:

Lammert, Inc.
11535 Galm Rd., Suite 101
San Antonio, TX 78254
**Debtor(s)**

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
**Counsel for Debtor(s)**

U.S. Trustee
PO Box 1539
San Antonio, TX 78295

SEE ATTACHED MATRIX FOR LIST OF ALL INTERESTED PARTIES NOTICED.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

21st Century Partnership
804 Park Drive
Warner Robins, GA 31088-5182

Acadian Companies
Po Box 98000
Lafayette, LA 70509-8000

Acadiana Center for the Arts
101 W Vermilion St
Lafayette, LA 70501-6915

Accede Mold & Tool Company, Inc.
1125 Lexington Ave
Rochester, NY 14606-2995

Alhiser Comer Mortuary
225 S Broadway
Escondido, CA 92025-4286

Allen Mortuaries
34 East Center Street
Logan, UT 84321-4619

Allentown Public Library
1210 Hamilton St
Allentown, PA 18102-4371

Alpine Cleaning and Restoration
177 S. Main St
Smithfield, UT 84335-1909

American Express
Customer Service
Po Box 981535
El Paso, TX 79998-1535

American Heritage Charter Schools
1868 East Valley Parkway
Escondido, CA 92027-2525

American Legion Post 172
1345 Radio Loop
Warner Robins, GA 31088-3627

American Metalcraft, Inc.
28 Andrews Way
Villa Rica, GA 30180-1000

Ameriprise Financial Services, Inc.
753 Ameriprise Financial Ctr
Minneapolis, MN 55474-0007

Apogee Instruments
721 West 1800 North
Logan, UT 84321-1701

Architects Southwest
534 Jefferson St
Lafayette, LA 70501-6906

Arlene Shuster/The Arlene Cook Trt
Po Box 458
Escondido, CA 92033-0458

ArtsQuest
101 Founders Way
Bethlehem, PA 18015-1347

Assistance League
2068 East Valley Parkway
Escondido, CA 92027-2710

AT&T
c/o Bankruptcy
4331 Communications Dr Fl 4w
Dallas, TX 75211-1300

Austin Energy
811 Barton Springs Rd Ste 250
Austin, TX 78704-1163

Austin Regional Mnfctrng Association
ATTN: Ed Latson
1910 W Braker Ln Ste 100 Bldg 3
Austin, TX 78758-4174

Austin White Lime Company
4900 Howard Lane
Austin, TX 78728-6513

Axis Tool & Manufacturing
2212 Investment Dr
Pflugersville, TX 78660-8309

B Braun Medical
824 12th Ave
Bethlehem, PA 18018-3524

Baker Electric/The Baker Family
1298 Pacific Oaks Drive
Escondido, CA 92029-2900

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays US
Card Services
Po Box 8801
Wilmington, DE 19899-8801

Barry's Air Conditioning, Inc.
136 N Long St
Lafayette, LA 70506-2028

Bart Whitaker
2566 Shallowford Rd Ne Ste 104 Unit 193
Atlanta, GA 30345-1253

Bates Nut Farm
15954 Woods Valley Rd
Valley Center, CA 92082-7399

Bayou Vermillion District
300 Fisher Rd
Lafayette, LA 70508-2028

Bear River Health Department
655 E 1300 N
Logan, UT 84341-2570

Bethlehem Area Public Library
11 W Church St
Bethlehem, PA 18018-5804

Bexar County
c/o Don Stecker
112 E. Pecan St., Suite 2200
San Antonio, TX 78205-1588

Bexar County - Hidalgo Foundation
101 W Nueva Fl 10
San Antonio, TX 78205-3406

Bexar County Sheriff's Office
Alarms Permits
1450 Gillette Blvd
San Antonio, TX 78224-2100

Bexar County Tax Assessor-Col.
c/o LINEBARGER GOGGAN BLAIR & SAMPSON, L
112 E Pecan St Ste 2200
San Antonio, TX 78205-1588

Big Brother Big Sisters of Utah
2121 S State St. 201
Salt Lake City, UT 84115-2897

Black Clover
12059 S State St
Draper, UT 84020-9407

Bob Sadoski
140 Acanthus St
Marietta, PA 17547-8518

Boys & Girls Club of San Diego
4635 Clairmont Mesa Boulevard
San Diego, CA 92117-2004

Bracewell, LLC
300 Convent St Ste 1500
San Antonio, TX 78205-3723

Brandon Wilding
2171 Brittany Meadows
Reno, NV 89521-7290

Brown Monument
791 South 100 West
Smithfield, UT 84335-3400

Buckingham Properties
259 Alexander St
Rochester, NY 14607-2514

Bumann Ranch
3666 Bumann Road
Encinitas, CA 92024-5700

Buzzell Plumbing, Heating & Air
4811 Russell Parkway
Warner Robins, GA 31088-8675

Cache Community Food Pantry
359 S Main St
Logan, UT 84321-5205

Cache County
199 North Main Street
Logan, UT 84321-4525

Cache County Executive Office
199 North Main Street
Logan, UT 84321-4525

Cache County School District
84 E. 2400 N.
North Logan, UT 84341-2902

Cache Meadow Veterinary Clinic
38 East 2600 North
Logan, UT 84341-5728

CAD Control Systems
1017 Freeman Rd
Broussard, LA 70518-5722

Campbell Scientific
815 West 1800 North
Logan, UT 84321-1784

Cardiff 101
P.O. Box 552
Cardiff, CA 92007-0552

Caro Louis Aristie/The Prior Family
2315 Via Castabel
Escondido, CA 92027-4821

Casper's Ice Cream
11805 North 200 East
Richmond, UT 84333-1408

Castle Group
12270 Sw 3rd St
Plantation, FL 33325-2811

CaterTrax
274 N Goodman St Ste 500
Rochester, NY 14607-4110

Central Georgia Peri. & Dental Implants
225 Carl Vinson Pkwy
Warner Robins, GA 31088-5831

Charlie's Foreign Car Service
751 2nd Street
Encinitas, CA 92024-4407

CIT Bank NA
PO Box 593007
San Antonio, TX 78259-0200

Citracado Dental Group
500 West El Norte Parkway
Escondido, CA 92026-3983

City of Escondido
201 North Broadway
Escondido, CA 92025-2798

City of Fort Lauderdale
ATTN Christopher J. Lagerbloom
100 N Andrews Ave
Ft Lauderdale, FL 33301-1085

City of Logan
290 North 100 West
Logan, UT 84321-3970

City of Rochester
City Hall
30 Church St
Rochester, NY 14614-1206

City of Warner-Robbins
202 N Davis Dr Pmb 718
Warner Robins, GA 31093-3348

Clean Control Corporation
1040 Booth Road
Warner Robins, GA 31088-5247

CLEAR RECOVERY OF CACHE VALLEY
ATTN JAY HYMAS
PO BOX 476
PROVIDENCE UT 84332-0476

Combined Employees Credit Union
593 Russell Parkway
Warner Robins, GA 31088-6172

Combustion Technologies
179 E Main St
Sandy, UT 84070-1618

Cox Honeyland
1780 US-89
Logan, UT 84341

CPS Energy
Bankruptcy Section
145 Navarro Mail Drop 110910
San Antonio, TX 78205

Curtiss-Wright
1185 Feather Way
Bethlehem, PA 18015-9404

Custom Cable Assemblies, Inc.
105 Whiting Way
Warner Robins, GA 31088-7821

CVB INC
1525 W 2960 S
LOGAN UT 84321-5798

Dahill Office Technology
Xerox Business Solutions Southwest
8200 W Interstate 10
San Antonio, TX 78230-3876

Dan White's Screens & Things
5210 W. US Hwy 290
Austin, TX 78735

Daniel Defense
101 Warfighter Way
Black Creek, GA 31308-5731

Danny Salzhandler/101 Artists Colony
1106 2nd St, 125
Encinitas, CA 92024-5008

Daphne Fletcher
Po Box 230054
Encinitas, CA 92023-0054

Deseret Management Corp
55 North 300 West 800
Salt Lake City, UT 84101-3580

Diane Lade
620 SW 6 Ave
Ft. Lauderdale, FL 33315-1040

Diane Wilcox
787 Chanclor Road
Pitts, GA 31072-3215

Dominion Energy
333 S State St.
Salt Lake City, UT 84111-2302

Downtown Business Association
145 West Grand Avenue
Escondido, CA 92025-2601

Dr. Takeo Sugimoto
1610 Tucker Lane
Encinitas, CA 92024-2924

DWA Construction
76 West 2400 North
Logan, UT 84341-1787

Dynamic Manufacturing Solutions
2406 Little Creek Cove
Cedar Park, TX 78613-5937

Easton Area Public Library
515 Church St
Easton, PA 18042-3587

Ed Goldman
1217 40th St.
Sacramento, CA 95819-3616

El Plantio Nursery-Landscaping, Inc.
1322 San Pasqual Valley Road
Escondido, CA 92027-4399

Ellis Diversified, Inc.
3020 Ne 32nd Ave
Ft Lauderdale, FL 33308-7233

Emerge212
ATTN: Mash Sopariwala
3 Columbus Cir Fl 15
New York, NY 10019-8716

Encinitas 101
818 South Coast Highway 101
Encinitas, CA 92024-4401

Encinitas Caf?
531 South Coast Highway 101
Encinitas, CA 92024-3532

Encinitas Chamber of Commerce
535 Encinitas Boulevard
Encinitas, CA 92024-3742

Encinitas Historical Society
390 East F Street
Encinitas, CA 92024

Encinitas Preservation Association
818 South Coast Highway 101
Encinitas, CA 92024-4401

Encinitas Union Elementary School Dst.
101 S Rancho Santa Fe Rd
Encinitas, CA 92024-4349

Escondido Friends of the Public Library
239 South Kalmia Street
Escondido, CA 92025-4224

Escondido History Center
321 North Broadway
Escondido, CA 92025-2704

Escondido Rotary Club
321 North Broadway
Escondido, CA 92025-2704

Escondido Union High School District
1789 N Broadway
Escondido, CA 92026-2053

Escondido Union School District
2310 Aldergrove Avenue
Escondido, CA 92029-1935

Esperanza Tortilleria
750 Rock Springs Road
Escondido, CA 92025-1625

Evelyn Weidner/Weidner Garden
1970 Silverleaf
Carlsbad, CA 92009-8417

Expercom of Utah
1545 North Main Street 120
Logan, UT 84341-7002

Fallbrook Engineering
355 West Grand Avenue, 4
Escondido, CA 92025-2649

Family Dental Associates
328 Margie Drive, Suite A
Warner Robins, GA 31088-8934

Family of Charles Marvin III
200 Neptune Ave
Encinitas, CA 92024-2518

Filippi's Pizza Grotto
531 Flower Street
Chula Vista, CA 91910-2227

First United Methodist Church
205 North Davis Drive
Warner Robins, GA 31093-3347

Flint Energies (Flint EMC)
98 Carl Vinson Pkwy
Warner Robins, GA 31088-1814

Florida Power and Light
7201 Cypress Rd
Plantation, FL 33317-2240

Fred Caldwell Family
1234 N Coast Hwy 101
Leucadia, CA 92024-1441

Friends of Birch State Park
3109 E Sunrise Blvd
Ft Lauderdale, FL 33304-3395

Friends of Cardiff-by-the-Sea Library
P.O. Box 657
Cardiff-by-the-Sea, CA 92007-0657

Gainco
1635 Oakbrook Drive
Gainesville, GA 30507-8492

Galm Partners, LLC
ATTN: Glenn Winship
9311 San Pedro Ave Ste 850
San Antonio, TX 78216-4412

Gavin Vanderbeek
395 E Center St
Hyde Park, UT 84318-3511

Georgia Manufacturing Alliance
175 Langley Dr A4
Lawrenceville, GA 30046-6952

Georgia Military College
801 Duke Avenue
Warner Robins, GA 31093-0711

Gloria Warren
18181 Bear Valley Lane
Escondido, CA 92027-6016

Golden Key Realty, Inc.-Gwen Giles
526 South Houston Lake Rd.
Warner Robins, GA 31088-6308

Grange Construction
2983 S. 2000 W.
Wellsville, UT 84339-9622

Granite Construction
1000 N Warm Springs Rd
Salt Lake City, UT 84116-2321

Graybill Medical
225 East 2nd Avenue, 120
Escondido, CA 92025-4212

Greater Lehigh Valley Cham. of Com.
74 W Broad St Ste 240
Bethlehem, PA 18018-5772

Griggers Wealth Management
314 Corder Road
Warner Robins, GA 31088-3606

Gulfstream Aerospace Corporation
500 Gulfstream Rd, M/S C-10
Savannah, GA 31408-9643

H.A. Fabricators
349 West 25 North
Logan, UT 84341-1735

Hampton Inn & Suites
207 N. Main St.
Logan, UT 84321-3914

Hansen Surfboards
1105 S Coast Hwy 101
Encinitas, CA 92024-5004

Heart of Georgia Hospice
103 Westridge Dr
Warner Robins, GA 31088-8111

Heather N Vinas, VOS CPA's
41 Park of Commerce Way Ste 301
Savannah, GA 31405-1388

Henry Avocado Corporation
P.O. Box 300867
Escondido, CA 92030-0867

Herman Cook Volkswagen
1435 Encinitas Blvd
Encinitas, CA 92024-2997

Hilltop Group, Inc.
125 Iris Glen
Escondido, CA 92026-1352

HKS Architechs, Inc.
90S 400 W 110
Salt Lake City, UT 84101-1324

Holiday Inn Conference Center
7736 Adrienne Dr
Breinigsville, PA 18031-1501

Hotel Bethlehem
437 Main St
Bethlehem, PA 18018-5808

HPN Custom Media & Publishing
3224 Jordan Rd.
Orefield, PA 18069-2207

Icon Health and Fitness
1500 S 1000 W
Logan, UT 84321-8206

Industrial Supply
1635 S 300 West
Salt Lake City, UT 84115-5107

Interfaith Community Services
550 West Washington Avenue
Escondido, CA 92025-1643

Intermountain Healthcare
36 S State St
Salt Lake City, UT 84111-1633

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Jack Powell Chrysler-Jeep-Dodge
1625 Auto Park Way
Escondido, CA 92029-2008

Jeffrey Allred
2573 Lambourne Ave.
Salt Lake City, UT 84109-2746

Jessica Maczka
625 W Ridge Pike
Conshohocken, PA 19428-1180

Jim Filanc/The Heritage Tree
401 South Cleveland 703
Oceanside, CA 92054-4068

Jodi Keim
4628 Stafford Ave.
Bethlehem, PA 18020-9565

Juniper Systems
1132 1700 N
Logan, UT 84321-1723

KaMin, LLC
822 Huber Road
Macon, GA 31217-9208

Kearns Improvement District
5350 West 5400 South
Kearns, UT 84118-7023

Ken Blanchard Companies
125 State Place
Escondido, CA 92029-1398

Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833-4897

LAW Security
12027 Huebner Rd
San Antonio, TX 78230-1203

LDS Business College
95 N 300 West
Salt Lake City, UT 84101-3500

Lehigh Valley Health Network
2100 Mack Blvd. Fifth Floor
Po Box 4000
Allentown, PA 18105-4000

Leucadia 101
386 North Coast Highway 101
Encinitas, CA 92024-2527

Lib. of Cong-US & Publisher Liaison Div
101 Independence Ave, SE
Washington, DC 20540-4283

Logan River Golf Course
550 W. 1000S
Logan, UT 84321-5935

Logan School District
101 Center St.
Logan, UT 84321

Lower Family Foods
700 S. 200 W.
Richmond, UT 84333-1209

M.J. Jacobs LLC
6382 Corrigan Rd Ne
Belding, MI 48809-9309

Maggie Houlihan/Ian Thompson
211 La Mesa Avenue
Encinitas, CA 92024-2504

Mailinglists.com
190 E Post Rd
White Plains, NY 10601-4912

Maple Springs of North Logan
350 East 2200 North
Logan, UT 84341-1865

Marlin Capital Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054-1201

Mary Redmond Hill/Golfcraft, Inc.
944 Pinecrest Avenue
Escondido, CA 92025-3851

Matt Young
153 W. Portland St. 214B
Pheonix, AZ 85003-1444

McDonald's of Northern Utah
237 N. 1170 East
Logan, UT 84321-4836

Meadowdale Learning Centers
1314 Leverette Road
Warner Robins, GA 31088-6364

MERC-Mercer Eng. Research Ctr
135 Osigian Blvd
Warner Robins, GA 31088-7810

Metro Optics
15802 Vision Dr
Pflugersville, TX 78660-3184

Middle Georgia State University
100 University Parkway
Warner Robins, GA 31093-3471

MountainStar Healthcare/HCA Mount. Div.
2380 N. 400 E. North Logan
Logan, UT 84341

Museum of Aviation Foundation
1942 Heritage Blvd
Warner Robins, GA 31098-2442

Myriad Genetics, Inc.
320 Wakara Way
Salt Lake City, UT 84108-1214

Neighborhood Healthcare
425 North Date Street 203
Escondido, CA 92025-3413

Newcourt Leasing Corp/CIT
21146 Network Pl
Chicago, IL 60673-1211

North Coast Family Medical Group
477 North El Camino Real A306
Encinitas, CA 92024-1350

North County Cemetery District
2640 Glen Ridge Road
Escondido, CA 92027-4532

Northrop Grumman
2340 Dulles Corner Blvd
Herndon, VA 20171-3400

Office of the Mayor - Salt Lake County
2001 South State St. N2-100
Salt Lake City, UT 84114

Olivenhain Municipal Water District
1966 Olivenhain Road
Encinitas, CA 92024-5699

Olivenhain Town Council
423 Rancho Santa Fe Road
Encinitas, CA 92024-6567

Onewest Bank
300 West Grand Avenue
Escondido, CA 92025-2659

Palomar Health
120 Craven Road 200
San Marcos, CA 92078-4237

Palomar Mountain Premium Spring Water
1270 West Mission Road
Escondido, CA 92029-1401

PayPal / Loan Builder
ATTN: Jessica Maczka
625 W Ridge Pike Bldg E
Conshohocken, PA 19428-1180

Peachstate Hospitality-Candlewood/Ffdl
221 Margie Dr
Warner Robins, GA 31088-7812

Perry-Houston County Airport (PXE)
200 Myrtle Field Rd
Perry, GA 31069-2017

Physicians for Women
1021 North Houston Road
Warner Robins, GA 31093-1505

Pitney Bowes Global Financial Services LLC
Po Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
Po Box 371874
Pittsburgh, PA 15250-7874

Pride Transport
5499 W 2455 S
Salt Lake City, UT 84120-1273

Pye-Barker Engineered Solutions
121 Royal Drive
Forest Park, GA 30297-1618

Rachel Krumenauer
1448 West 2nd Ave, APT #3
Oshkosh, WI 54902-5672

Rancho Auto Body/Mayer Family
591 Westlake Street
Encinitas, CA 92024-3706

Rancho Guejito
17224 San Pasqual
Escondido, CA 92027

Ray Alto Family Restaurants/Jalapeno Gril
340 West Grand
Escondido, CA 92025-2606

Riverwalk Fort Lauderdale
888 E Las Olas Blvd Ste 210
Ft Lauderdale, FL 33301-2285

Robert Mance - Ford Mance Company
1284 Summit Ave
Cardiff, CA 92007-2424

Robert Watrous/The Watrous Family
3933 Portola Peace
San Diego, CA 92103-2705

Robins Regional Chamber of Commerce
1228 Watson Boulevard
Warner Robins, GA 31093-3493

Rocky Mountain Dermatology
176 North 200 East 101
North Logan, UT 84341

Rocky Mountain Genetics
999 N. 800 W.
Lewiston, UT 84320-1668

Rolando Otero
4015 NW 5th Dr.
Deerfield Beach, FL 33442-7304

Ronald Lammert
10307 Open G Trl
Helotes, TX 78023-4048

Rotary Club of Encinitas
P.O. Box 230223
Encinitas, CA 92023-0223

Sacred Heart Catholic Parish
300 South Davis Drive 300
Warner Robins, GA 31088-4435

Salt Lake County Library
South 1825 West
West Jordan, UT 84088

San Diego Botanic Gardens
230 Quail Gardens Drive
Encinitas, CA 92024-2707

San Dieguito Art Guild
937 S. Coast Hwy 101 C-103
Encinitas, CA 92024-4454

San Dieguito Engineering
462 Stevens Avenue 305
Solana Beach, CA 92075-2066

San Dieguito Heritage Ranch Museum
450 Quail Gardens Dr.
Encinitas, CA 92024-2711

San Luis Rey Water District
P.O. Box 428
Pauma Valley, CA 92061-0428

Saxton Horne Communications
for Larry H. Miller Group
85 East 9400 South
Sandy, UT 84070-2713

Schunk Xycarb Technology, Inc.
101 SE Inner Loop Road
Georgetown, TX 78626-7597

Seaside Market
2087 San Elijo Avenue
Cardiff, CA 92007-1741

SKS, Inc./Eric & Judy Kroesche
57 The Point
Coronado, CA 92118-3216

SME Steele
5801 West Wells Park Rd
West Jordan, UT 84081-5665

Smithfield City
96 S. Main St.
Smithfield, UT 84335-1937

Soulscape, LLC
765 South Coast Highway 101 106
Encinitas, CA 92024-4451

Southern Lighting, Inc.
2508 Moody Road
Warner Robins, GA 31088-6159

Southwire Company
One Southwire Drive
Carrollton, GA 30119-4400

Space Dynamics Laboratory
1695 Research Park Way
North Logan, UT 84341-1947

Sparks Museum & Cultural Center
ATTN Richard Simmonds
814 Victorian Avenue
Tacoma, WA 98431-0001

Spectrum VOIP
Po Box 733619
Dallas, TX 75373-3619

State Farm Agent Jimmy Spinks
1410 Russell Parkway
Warner Robins, GA 31088-5563

State Theatre Center for the Arts
453 Northampton St
Easton, PA 18042-3562

Sterling Urgent Care
700 S. 200 W.
Richmond, UT 84333-1209

Strong Automotive Group
1070 So Main St
Salt Lake City, UT 84101-3115

Sunny Side Kitchen Caf?
155 South Orange Street
Escondido, CA 92025-4124

Sunshine Gardens, Inc.
155 Quail Gardens Drive
Encinitas, CA 92024-3788

Susan Hays
2110 Glasgow Avenue
Cardiff, CA 92007-1807

Sushi Thai Restaurant
2624 Watson Boulevard, Unit D
Warner Robins, GA 31093-8072

Taylor Publishing Company - Balfour
Po Box 911514
Dallas, TX 75391-1514

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Bates Family
15954 Woods Valley Road
Valley Center, CA 92082-7318

The Ben & Edith Hillebrecht Family
2170 Skyline Drive
Escondido, CA 92027-4814

The Carl Von Seggern Family
25251 Jack Rabbit Acres
Escondido, CA 92026-1247

The Chic Embry Family
228 Sheridan Avenue
Escondido, CA 92026-2044

The Ecke Family
7220 Avenida Encinitas 204
Carlsbad, CA 92011-4661

The Grand Church
3167 Willow Creek Place
Escondido, CA 92027-6734

The Hawthorne Family/Toolshed
156 West Mission Avenue
Escondido, CA 92025-1709

The Heller Family Partnership
373 Washington Drive
San Marcos, CA 92078-5045

The Humphrey Family
1914 Esplendido Avenue
Escondido, CA 92084-7916

The Lusardi Familiy
1570 Linda Vista Drive
San Marcos, CA 92078-3808

The McNeill House/Carolyn Cope
74 McNeill Avenue
Encinitas, CA 92024-3623

The Roy Family/Ken Roy/Phoebe 101, LLC
1440 Sunset Drive
Vista, CA 92081

The Sitlington Family
28739 Darrow Avenue
Santa Clarita, CA 91390-1272

The University Inn/Utah State University
4300 Old Mill Rd.
Logan, UT 84322-4300

The Wilson Family/Bob Wilson
6884 El Camino Del Norte
Rancho Santa Fe, CA 92091

Time Warner Cable
Spectrum
3347 Platt Springs Rd
West Columbia, SC 29170-2203

Toyota of Escondido
231 East Lincoln Parkway
Escondido, CA 92026-3093

Traci Bass, Real Estate Agent
608 South Grape Street
Escondido, CA 92025-4450

Union Standard Insurance Group
Po Box 152180
Irving, TX 75015-2180

University of Utah/UHealth in Salt Lake Coun
75 Fort Douglas Blvd, University Marketi
Salt Lake City, UT 84113-5045

UPS
55 Glenlake Pkwy
Atlanta, GA 30328-3474

Uptown Service, LLC
2276 E 2100 South
Salt Lake City, UT 84109-1149

Utah Festival - CANCELLED
59 S 100 West
Logan, UT 84321-4515

Utah State University
Public Relations & Marketing, 0500 Old M
Logan, UT 84322-0001

Utility Trailer Sales of Utah
4970 West 2100 South
Salt Lake City, UT 84120-1226

VIA of the Lehigh Valley
336 W Spruce St
Bethlehem, PA 18018-3789

Vision Savers
720 Moseley Road
Warner Robins, GA 31008-7198

Visit Escondido
235 East Grand Avenue
Escondido, CA 92025-2802

Volvo Specialists of Escondido
235 N Andreason
Escondido, CA 92029-1316

Wacker Chemical Corporation
6870 Tilghman St
Allentown, PA 18106-9346

Waddle Surveying Company, Inc.
104 Meadowridge Drive
Warner Robins, GA 31093-2124

Warner Robins Convention & Visitors Bureau
99 Armed Forces Blvd
Warner Robins, GA 31093-2797

Wellston Decorating Center, Inc.
2405 Moody Road
Warner Robins, GA 31088-6135

West Automotive Group/W. Escondido Trans.
2200 Auto Park Way, A
Escondido, CA 92029-1346

Western Electricity Coordinating Council
155 North 400 West 200
Salt Lake City, UT 84103-1114

Witman Ranch/Witman Family Farming
1433 Via Valente
Escondido, CA 92029-7244

Yelverton Jewelers LLC
198 South Houston Lake Rd.
Warner Robins, GA 31088-6474