UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|    LAMMERT, INC. D/B/A HPN BOOKS | § | CASE NO. 20-50585-CAG |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

## SUMMARY OF TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE: **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**PLEASE TAKE NOTE THAT** on September 25th, 2020, Applicant, Randolph N. Osherow, Chapter 7 Trustee, has filed with the U.S. Bankruptcy Court for the Western District Of Texas, San Antonio, Texas 78205, a Trustee's Application for Compensation and Expenses ("Applicant") requesting the allowance of $2,250.00 in compensation pursuant to 11 U.S.C. § 326 and $1,623.90 in expenses.

A copy of the Application is on file with the Clerk's Office and can be reviewed at the Clerk's Office during normal business hours, or a copy may be obtained for no additional charge by contacting applicant at the address listed below. A COMPLETE COPY OF THE APPLICATION HAS ALSO BEEN PROVIDED TO THE OFFICE OF THE U.S. TRUSTEE, P. O. Box 1539, San Antonio, Texas 78295-1539.

**Applicant:**
NAME:    Randolph N. Osherow, Chapter 7 Trustee

ADDRESS: 342 West Woodlawn, Suite 100, San Antonio, TX 78212

PHONE NUMBER: (210) 738-3001

                                                              By: **/s/ Randolph N. Osherow**
                                                              Randolph N. Osherow
                                                              Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO 20-50585-CAG |
| | § | |
| LAMMERT, INC., DBA, HPN BOOKS | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the Summary of Trustee's Application for Compensation & Expenses, was served by U.S. first class mail, postage prepaid, upon the following parties of record this 25th day of September, 2020:

Lammert, Inc.
11535 Galm Rd., Suite 101
San Antonio, TX 78254
**Debtor(s)**

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
**Counsel for Debtor(s)**

U.S. Trustee
PO Box 1539
San Antonio, TX 78295

SEE THE ATTACHED MATRIX FOR A LIST OF PARTIES SERVED WITH NOTICE.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**

| | | |
|---|---|---|
| 21st Century Partnership<br>804 Park Drive<br>Warner Robins, GA 31088-5182 | Acadian Companies<br>Po Box 98000<br>Lafayette, LA 70509-8000 | Acadiana Center for the Arts<br>101 W Vermilion St<br>Lafayette, LA 70501-6915 |
| Accede Mold & Tool Company, Inc.<br>1125 Lexington Ave<br>Rochester, NY 14606-2995 | Alhiser Comer Mortuary<br>225 S Broadway<br>Escondido, CA 92025-4286 | Allen Mortuaries<br>34 East Center Street<br>Logan, UT 84321-4619 |
| Allentown Public Library<br>1210 Hamilton St<br>Allentown, PA 18102-4371 | Alpine Cleaning and Restoration<br>177 S. Main St<br>Smithfield, UT 84335-1909 | American Express<br>Customer Service<br>Po Box 981535<br>El Paso, TX 79998-1535 |
| American Heritage Charter Schools<br>1868 East Valley Parkway<br>Escondido, CA 92027-2525 | American Legion Post 172<br>1345 Radio Loop<br>Warner Robins, GA 31088-3627 | American Metalcraft, Inc.<br>28 Andrews Way<br>Villa Rica, GA 30180-1000 |
| Ameriprise Financial Services, Inc.<br>753 Ameriprise Financial Ctr<br>Minneapolis, MN 55474-0007 | Apogee Instruments<br>721 West 1800 North<br>Logan, UT 84321-1701 | Architects Southwest<br>534 Jefferson St<br>Lafayette, LA 70501-6906 |
| Arlene Shuster/The Arlene Cook Trt<br>Po Box 458<br>Escondido, CA 92033-0458 | ArtsQuest<br>101 Founders Way<br>Bethlehem, PA 18015-1347 | Assistance League<br>2068 East Valley Parkway<br>Escondido, CA 92027-2710 |
| AT&T<br>c/o Bankruptcy<br>4331 Communications Dr Fl 4w<br>Dallas, TX 75211-1300 | Austin Energy<br>811 Barton Springs Rd Ste 250<br>Austin, TX 78704-1163 | Austin Regional Mnfctrng Association<br>ATTN: Ed Latson<br>1910 W Braker Ln Ste 100 Bldg 3<br>Austin, TX 78758-4174 |
| Austin White Lime Company<br>4900 Howard Lane<br>Austin, TX 78728-6513 | Axis Tool & Manufacturing<br>2212 Investment Dr<br>Pflugersville, TX 78660-8309 | B Braun Medical<br>824 12th Ave<br>Bethlehem, PA 18018-3524 |
| Baker Electric/The Baker Family<br>1298 Pacific Oaks Drive<br>Escondido, CA 92029-2900 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barclays US<br>Card Services<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Barry's Air Conditioning, Inc.<br>136 N Long St<br>Lafayette, LA 70506-2028 | Bart Whitaker<br>2566 Shallowford Rd Ne Ste 104 Unit 193<br>Atlanta, GA 30345-1253 | Bates Nut Farm<br>15954 Woods Valley Rd<br>Valley Center, CA 92082-7399 |

Bayou Vermillion District
300 Fisher Rd
Lafayette, LA 70508-2028

Bear River Health Department
655 E 1300 N
Logan, UT 84341-2570

Bethlehem Area Public Library
11 W Church St
Bethlehem, PA 18018-5804

Bexar County
c/o Don Stecker
112 E. Pecan St., Suite 2200
San Antonio, TX 78205-1588

Bexar County - Hidalgo Foundation
101 W Nueva Fl 10
San Antonio, TX 78205-3406

Bexar County Sheriff's Office
Alarms Permits
1450 Gillette Blvd
San Antonio, TX 78224-2100

Bexar County Tax Assessor-Col.
c/o LINEBARGER GOGGAN BLAIR & SAMPSON, L
112 E Pecan St Ste 2200
San Antonio, TX 78205-1588

Big Brother Big Sisters of Utah
2121 S State St. 201
Salt Lake City, UT 84115-2897

Black Clover
12059 S State St
Draper, UT 84020-9407

Bob Sadoski
140 Acanthus St
Marietta, PA 17547-8518

Boys & Girls Club of San Diego
4635 Clairmont Mesa Boulevard
San Diego, CA 92117-2004

Bracewell, LLC
300 Convent St Ste 1500
San Antonio, TX 78205-3723

Brandon Wilding
2171 Brittany Meadows
Reno, NV 89521-7290

Brown Monument
791 South 100 West
Smithfield, UT 84335-3400

Buckingham Properties
259 Alexander St
Rochester, NY 14607-2514

Bumann Ranch
3666 Bumann Road
Encinitas, CA 92024-5700

Buzzell Plumbing, Heating & Air
4811 Russell Parkway
Warner Robins, GA 31088-8675

Cache Community Food Pantry
359 S Main St
Logan, UT 84321-5205

Cache County
199 North Main Street
Logan, UT 84321-4525

Cache County Executive Office
199 North Main Street
Logan, UT 84321-4525

Cache County School District
84 E. 2400 N.
North Logan, UT 84341-2902

Cache Meadow Veterinary Clinic
38 East 2600 North
Logan, UT 84341-5728

CAD Control Systems
1017 Freeman Rd
Broussard, LA 70518-5722

Campbell Scientific
815 West 1800 North
Logan, UT 84321-1784

Cardiff 101
P.O. Box 552
Cardiff, CA 92007-0552

Caro Louis Aristie/The Prior Family
2315 Via Castabel
Escondido, CA 92027-4821

Casper's Ice Cream
11805 North 200 East
Richmond, UT 84333-1408

Castle Group
12270 Sw 3rd St
Plantation, FL 33325-2811

CaterTrax
274 N Goodman St Ste 500
Rochester, NY 14607-4110

Central Georgia Peri. & Dental Implants
225 Carl Vinson Pkwy
Warner Robins, GA 31088-5831

| | | |
|---|---|---|
| Charlie's Foreign Car Service<br>751 2nd Street<br>Encinitas, CA 92024-4407 | CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Citracado Dental Group<br>500 West El Norte Parkway<br>Escondido, CA 92026-3983 |
| City of Escondido<br>201 North Broadway<br>Escondido, CA 92025-2798 | City of Fort Lauderdale<br>ATTN Christopher J. Lagerbloom<br>100 N Andrews Ave<br>Ft Lauderdale, FL 33301-1085 | City of Logan<br>290 North 100 West<br>Logan, UT 84321-3970 |
| City of Rochester<br>City Hall<br>30 Church St<br>Rochester, NY 14614-1206 | City of Warner-Robbins<br>202 N Davis Dr Pmb 718<br>Warner Robins, GA 31093-3348 | Clean Control Corporation<br>1040 Booth Road<br>Warner Robins, GA 31088-5247 |
| CLEAR RECOVERY OF CACHE VALLEY<br>ATTN JAY HYMAS<br>PO BOX 476<br>PROVIDENCE UT 84332-0476 | Combined Employees Credit Union<br>593 Russell Parkway<br>Warner Robins, GA 31088-6172 | Combustion Technologies<br>179 E Main St<br>Sandy, UT 84070-1618 |
| Cox Honeyland<br>1780 US-89<br>Logan, UT 84341 | CPS Energy<br>Bankruptcy Section<br>145 Navarro Mail Drop 110910<br>San Antonio, TX 78205 | Curtiss-Wright<br>1185 Feather Way<br>Bethlehem, PA 18015-9404 |
| Custom Cable Assemblies, Inc.<br>105 Whiting Way<br>Warner Robins, GA 31088-7821 | CVB INC<br>1525 W 2960 S<br>LOGAN UT 84321-5798 | Dahill Office Technology<br>Xerox Business Solutions Southwest<br>8200 W Interstate 10<br>San Antonio, TX 78230-3876 |
| Dan White's Screens & Things<br>5210 W. US Hwy 290<br>Austin, TX 78735 | Daniel Defense<br>101 Warfighter Way<br>Black Creek, GA 31308-5731 | Danny Salzhandler/101 Artists Colony<br>1106 2nd St, 125<br>Encinitas, CA 92024-5008 |
| Daphne Fletcher<br>Po Box 230054<br>Encinitas, CA 92023-0054 | Deseret Management Corp<br>55 North 300 West 800<br>Salt Lake City, UT 84101-3580 | Diane Lade<br>620 SW 6 Ave<br>Ft. Lauderdale, FL 33315-1040 |
| Diane Wilcox<br>787 Chanclor Road<br>Pitts, GA 31072-3215 | Dominion Energy<br>333 S State St.<br>Salt Lake City, UT 84111-2302 | Downtown Business Association<br>145 West Grand Avenue<br>Escondido, CA 92025-2601 |
| Dr. Takeo Sugimoto<br>1610 Tucker Lane<br>Encinitas, CA 92024-2924 | DWA Construction<br>76 West 2400 North<br>Logan, UT 84341-1787 | Dynamic Manufacturing Solutions<br>2406 Little Creek Cove<br>Cedar Park, TX 78613-5937 |

Easton Area Public Library
515 Church St
Easton, PA 18042-3587

Ed Goldman
1217 40th St.
Sacramento, CA 95819-3616

El Plantio Nursery-Landscaping, Inc.
1322 San Pasqual Valley Road
Escondido, CA 92027-4399

Ellis Diversified, Inc.
3020 Ne 32nd Ave
Ft Lauderdale, FL 33308-7233

Emerge212
ATTN: Mash Sopariwala
3 Columbus Cir Fl 15
New York, NY 10019-8716

Encinitas 101
818 South Coast Highway 101
Encinitas, CA 92024-4401

Encinitas Caf?
531 South Coast Highway 101
Encinitas, CA 92024-3532

Encinitas Chamber of Commerce
535 Encinitas Boulevard
Encinitas, CA 92024-3742

Encinitas Historical Society
390 East F Street
Encinitas, CA 92024

Encinitas Preservation Association
818 South Coast Highway 101
Encinitas, CA 92024-4401

Encinitas Union Elementary School Dst.
101 S Rancho Santa Fe Rd
Encinitas, CA 92024-4349

Escondido Friends of the Public Library
239 South Kalmia Street
Escondido, CA 92025-4224

Escondido History Center
321 North Broadway
Escondido, CA 92025-2704

Escondido Rotary Club
321 North Broadway
Escondido, CA 92025-2704

Escondido Union High School District
1789 N Broadway
Escondido, CA 92026-2053

Escondido Union School District
2310 Aldergrove Avenue
Escondido, CA 92029-1935

Esperanza Tortilleria
750 Rock Springs Road
Escondido, CA 92025-1625

Evelyn Weidner/Weidner Garden
1970 Silverleaf
Carlsbad, CA 92009-8417

Expercom of Utah
1545 North Main Street 120
Logan, UT 84341-7002

Fallbrook Engineering
355 West Grand Avenue, 4
Escondido, CA 92025-2649

Family Dental Associates
328 Margie Drive, Suite A
Warner Robins, GA 31088-8934

Family of Charles Marvin III
200 Neptune Ave
Encinitas, CA 92024-2518

Filippi's Pizza Grotto
531 Flower Street
Chula Vista, CA 91910-2227

First United Methodist Church
205 North Davis Drive
Warner Robins, GA 31093-3347

Flint Energies (Flint EMC)
98 Carl Vinson Pkwy
Warner Robins, GA 31088-1814

Florida Power and Light
7201 Cypress Rd
Plantation, FL 33317-2240

Fred Caldwell Family
1234 N Coast Hwy 101
Leucadia, CA 92024-1441

Friends of Birch State Park
3109 E Sunrise Blvd
Ft Lauderdale, FL 33304-3395

Friends of Cardiff-by-the-Sea Library
P.O. Box 657
Cardiff-by-the-Sea, CA 92007-0657

Gainco
1635 Oakbrook Drive
Gainesville, GA 30507-8492

Galm Partners, LLC
ATTN: Glenn Winship
9311 San Pedro Ave Ste 850
San Antonio, TX 78216-4412

Gavin Vanderbeek
395 E Center St
Hyde Park, UT 84318-3511

Georgia Manufacturing Alliance
175 Langley Dr A4
Lawrenceville, GA 30046-6952

Georgia Military College
801 Duke Avenue
Warner Robins, GA 31093-0711

Gloria Warren
18181 Bear Valley Lane
Escondido, CA 92027-6016

Golden Key Realty, Inc.-Gwen Giles
526 South Houston Lake Rd.
Warner Robins, GA 31088-6308

Grange Construction
2983 S. 2000 W.
Wellsville, UT 84339-9622

Granite Construction
1000 N Warm Springs Rd
Salt Lake City, UT 84116-2321

Graybill Medical
225 East 2nd Avenue, 120
Escondido, CA 92025-4212

Greater Lehigh Valley Cham. of Com.
74 W Broad St Ste 240
Bethlehem, PA 18018-5772

Griggers Wealth Management
314 Corder Road
Warner Robins, GA 31088-3606

Gulfstream Aerospace Corporation
500 Gulfstream Rd, M/S C-10
Savannah, GA 31408-9643

H.A. Fabricators
349 West 25 North
Logan, UT 84341-1735

Hampton Inn & Suites
207 N. Main St.
Logan, UT 84321-3914

Hansen Surfboards
1105 S Coast Hwy 101
Encinitas, CA 92024-5004

Heart of Georgia Hospice
103 Westridge Dr
Warner Robins, GA 31088-8111

Heather N Vinas, VOS CPA's
41 Park of Commerce Way Ste 301
Savannah, GA 31405-1388

Henry Avocado Corporation
P.O. Box 300867
Escondido, CA 92030-0867

Herman Cook Volkswagen
1435 Encinitas Blvd
Encinitas, CA 92024-2997

Hilltop Group, Inc.
125 Iris Glen
Escondido, CA 92026-1352

HKS Architechs, Inc.
90S 400 W 110
Salt Lake City, UT 84101-1324

Holiday Inn Conference Center
7736 Adrienne Dr
Breinigsville, PA 18031-1501

Hotel Bethlehem
437 Main St
Bethlehem, PA 18018-5808

HPN Custom Media & Publishing
3224 Jordan Rd.
Orefield, PA 18069-2207

Icon Health and Fitness
1500 S 1000 W
Logan, UT 84321-8206

Industrial Supply
1635 S 300 West
Salt Lake City, UT 84115-5107

Interfaith Community Services
550 West Washington Avenue
Escondido, CA 92025-1643

Intermountain Healthcare
36 S State St
Salt Lake City, UT 84111-1633

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Jack Powell Chrysler-Jeep-Dodge
1625 Auto Park Way
Escondido, CA 92029-2008

Jeffrey Allred
2573 Lambourne Ave.
Salt Lake City, UT 84109-2746

Jessica Maczka
625 W Ridge Pike
Conshohocken, PA 19428-1180

Jim Filanc/The Heritage Tree
401 South Cleveland 703
Oceanside, CA 92054-4068

Jodi Keim
4628 Stafford Ave.
Bethlehem, PA 18020-9565

Juniper Systems
1132 1700 N
Logan, UT 84321-1723

KaMin, LLC
822 Huber Road
Macon, GA 31217-9208

Kearns Improvement District
5350 West 5400 South
Kearns, UT 84118-7023

Ken Blanchard Companies
125 State Place
Escondido, CA 92029-1398

Kia Motors Manufacturing Georgia
7777 Kia Parkway
West Point, GA 31833-4897

LAW Security
12027 Huebner Rd
San Antonio, TX 78230-1203

LDS Business College
95 N 300 West
Salt Lake City, UT 84101-3500

Lehigh Valley Health Network
2100 Mack Blvd. Fifth Floor
Po Box 4000
Allentown, PA 18105-4000

Leucadia 101
386 North Coast Highway 101
Encinitas, CA 92024-2527

Lib. of Cong-US & Publisher Liaison Div
101 Independence Ave, SE
Washington, DC 20540-4283

Logan River Golf Course
550 W. 1000S
Logan, UT 84321-5935

Logan School District
101 Center St.
Logan, UT 84321

Lower Family Foods
700 S. 200 W.
Richmond, UT 84333-1209

M.J. Jacobs LLC
6382 Corrigan Rd Ne
Belding, MI 48809-9309

Maggie Houlihan/Ian Thompson
211 La Mesa Avenue
Encinitas, CA 92024-2504

Mailinglists.com
190 E Post Rd
White Plains, NY 10601-4912

Maple Springs of North Logan
350 East 2200 North
Logan, UT 84341-1865

Marlin Capital Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054-1201

Mary Redmond Hill/Golfcraft, Inc.
944 Pinecrest Avenue
Escondido, CA 92025-3851

Matt Young
153 W. Portland St. 214B
Pheonix, AZ 85003-1444

McDonald's of Northern Utah
237 N. 1170 East
Logan, UT 84321-4836

Meadowdale Learning Centers
1314 Leverette Road
Warner Robins, GA 31088-6364

MERC-Mercer Eng. Research Ctr
135 Osigian Blvd
Warner Robins, GA 31088-7810

Metro Optics
15802 Vision Dr
Pflugersville, TX 78660-3184

MICHAEL G. COLVARD
(GALM PARTNERS)
C/O MARTIN & DROUGHT, PC
112 E PECAN STREET SUITE 1616
SAN ANTONIO, TX 78205

Middle Georgia State University
100 University Parkway
Warner Robins, GA 31093-3471

MountainStar Healthcare/HCA Mount. Div.
2380 N. 400 E. North Logan
Logan, UT 84341

Museum of Aviation Foundation
1942 Heritage Blvd
Warner Robins, GA 31098-2442

Myriad Genetics, Inc.
320 Wakara Way
Salt Lake City, UT 84108-1214

Neighborhood Healthcare
425 North Date Street 203
Escondido, CA 92025-3413

Newcourt Leasing Corp/CIT
21146 Network Pl
Chicago, IL 60673-1211

North Coast Family Medical Group
477 North El Camino Real A306
Encinitas, CA 92024-1350

North County Cemetery District
2640 Glen Ridge Road
Escondido, CA 92027-4532

Northrop Grumman
2340 Dulles Corner Blvd
Herndon, VA 20171-3400

Office of the Mayor - Salt Lake County
2001 South State St. N2-100
Salt Lake City, UT 84114

Olivenhain Municipal Water District
1966 Olivenhain Road
Encinitas, CA 92024-5699

Olivenhain Town Council
423 Rancho Santa Fe Road
Encinitas, CA 92024-6567

Onewest Bank
300 West Grand Avenue
Escondido, CA 92025-2659

Palomar Health
120 Craven Road 200
San Marcos, CA 92078-4237

Palomar Mountain Premium Spring Water
1270 West Mission Road
Escondido, CA 92029-1401

PayPal / Loan Builder
ATTN: Jessica Maczka
625 W Ridge Pike Bldg E
Conshohocken, PA 19428-1180

Peachstate Hospitality-Candlewood/Ffdl
221 Margie Dr
Warner Robins, GA 31088-7812

Perry-Houston County Airport (PXE)
200 Myrtle Field Rd
Perry, GA 31069-2017

Physicians for Women
1021 North Houston Road
Warner Robins, GA 31093-1505

Pitney Bowes Global Financial Services LLC
Po Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
Po Box 371874
Pittsburgh, PA 15250-7874

Pride Transport
5499 W 2455 S
Salt Lake City, UT 84120-1273

Pye-Barker Engineered Solutions
121 Royal Drive
Forest Park, GA 30297-1618

Rachel Krumenauer
1448 West 2nd Ave, APT #3
Oshkosh, WI 54902-5672

Rancho Auto Body/Mayer Family
591 Westlake Street
Encinitas, CA 92024-3706

Rancho Guejito
17224 San Pasqual
Escondido, CA 92027

Ray Alto Family Restaurants/Jalapeno Gril
340 West Grand
Escondido, CA 92025-2606

Riverwalk Fort Lauderdale
888 E Las Olas Blvd Ste 210
Ft Lauderdale, FL 33301-2285

Robert Mance - Ford Mance Company
1284 Summit Ave
Cardiff, CA 92007-2424

Robert Watrous/The Watrous Family
3933 Portola Peace
San Diego, CA 92103-2705

Robins Regional Chamber of Commerce
1228 Watson Boulevard
Warner Robins, GA 31093-3493

Rocky Mountain Dermatology
176 North 200 East 101
North Logan, UT 84341

Rocky Mountain Genetics
999 N. 800 W.
Lewiston, UT 84320-1668

Rolando Otero
4015 NW 5th Dr.
Deerfield Beach, FL 33442-7304

Ronald Lammert
10307 Open G Trl
Helotes, TX 78023-4048

Rotary Club of Encinitas
P.O. Box 230223
Encinitas, CA 92023-0223

Sacred Heart Catholic Parish
300 South Davis Drive 300
Warner Robins, GA 31088-4435

Salt Lake County Library
South 1825 West
West Jordan, UT 84088

San Diego Botanic Gardens
230 Quail Gardens Drive
Encinitas, CA 92024-2707

San Dieguito Art Guild
937 S. Coast Hwy 101 C-103
Encinitas, CA 92024-4454

San Dieguito Engineering
462 Stevens Avenue 305
Solana Beach, CA 92075-2066

San Dieguito Heritage Ranch Museum
450 Quail Gardens Dr.
Encinitas, CA 92024-2711

San Luis Rey Water District
P.O. Box 428
Pauma Valley, CA 92061-0428

Saxton Horne Communications
for Larry H. Miller Group
85 East 9400 South
Sandy, UT 84070-2713

Schunk Xycarb Technology, Inc.
101 SE Inner Loop Road
Georgetown, TX 78626-7597

Seaside Market
2087 San Elijo Avenue
Cardiff, CA 92007-1741

SKS, Inc./Eric & Judy Kroesche
57 The Point
Coronado, CA 92118-3216

SME Steele
5801 West Wells Park Rd
West Jordan, UT 84081-5665

Smithfield City
96 S. Main St.
Smithfield, UT 84335-1937

Soulscape, LLC
765 South Coast Highway 101 106
Encinitas, CA 92024-4451

Southern Lighting, Inc.
2508 Moody Road
Warner Robins, GA 31088-6159

Southwire Company
One Southwire Drive
Carrollton, GA 30119-4400

Space Dynamics Laboratory
1695 Research Park Way
North Logan, UT 84341-1947

Sparks Museum & Cultural Center
ATTN Richard Simmonds
814 Victorian Avenue
Tacoma, WA 98431-0001

Spectrum VOIP
Po Box 733619
Dallas, TX 75373-3619

State Farm Agent Jimmy Spinks
1410 Russell Parkway
Warner Robins, GA 31088-5563

State Theatre Center for the Arts
453 Northampton St
Easton, PA 18042-3562

Sterling Urgent Care
700 S. 200 W.
Richmond, UT 84333-1209

Strong Automotive Group
1070 So Main St
Salt Lake City, UT 84101-3115

Sunny Side Kitchen Caf?
155 South Orange Street
Escondido, CA 92025-4124

Sunshine Gardens, Inc.
155 Quail Gardens Drive
Encinitas, CA 92024-3788

Susan Hays
2110 Glasgow Avenue
Cardiff, CA 92007-1807

Sushi Thai Restaurant
2624 Watson Boulevard, Unit D
Warner Robins, GA 31093-8072

Taylor Publishing Company - Balfour
Po Box 911514
Dallas, TX 75391-1514

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY
SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Bates Family
15954 Woods Valley Road
Valley Center, CA 92082-7318

The Ben & Edith Hillebrecht Family
2170 Skyline Drive
Escondido, CA 92027-4814

The Carl Von Seggern Family
25251 Jack Rabbit Acres
Escondido, CA 92026-1247

The Chic Embry Family
228 Sheridan Avenue
Escondido, CA 92026-2044

The Ecke Family
7220 Avenida Encinitas 204
Carlsbad, CA 92011-4661

The Grand Church
3167 Willow Creek Place
Escondido, CA 92027-6734

The Hawthorne Family/Toolshed
156 West Mission Avenue
Escondido, CA 92025-1709

The Heller Family Partnership
373 Washington Drive
San Marcos, CA 92078-5045

The Humphrey Family
1914 Esplendido Avenue
Escondido, CA 92084-7916

The Lusardi Familiy
1570 Linda Vista Drive
San Marcos, CA 92078-3808

The McNeill House/Carolyn Cope
74 McNeill Avenue
Encinitas, CA 92024-3623

The Roy Family/Ken Roy/Phoebe 101, LLC
1440 Sunset Drive
Vista, CA 92081

The Sitlington Family
28739 Darrow Avenue
Santa Clarita, CA 91390-1272

The University Inn/Utah State University
4300 Old Mill Rd.
Logan, UT 84322-4300

The Wilson Family/Bob Wilson
6884 El Camino Del Norte
Rancho Santa Fe, CA 92091

Time Warner Cable
Spectrum
3347 Platt Springs Rd
West Columbia, SC 29170-2203

Toyota of Escondido
231 East Lincoln Parkway
Escondido, CA 92026-3093

Traci Bass, Real Estate Agent
608 South Grape Street
Escondido, CA 92025-4450

Union Standard Insurance Group
Po Box 152180
Irving, TX 75015-2180

University of Utah/UHealth in Salt Lake Coun
75 Fort Douglas Blvd, University Marketi
Salt Lake City, UT 84113-5045

UPS
55 Glenlake Pkwy
Atlanta, GA 30328-3474

Uptown Service, LLC
2276 E 2100 South
Salt Lake City, UT 84109-1149

Utah Festival - CANCELLED
59 S 100 West
Logan, UT 84321-4515

Utah State University
Public Relations & Marketing, 0500 Old M
Logan, UT 84322-0001

Utility Trailer Sales of Utah
4970 West 2100 South
Salt Lake City, UT 84120-1226

VIA of the Lehigh Valley
336 W Spruce St
Bethlehem, PA 18018-3789

Vision Savers
720 Moseley Road
Warner Robins, GA 31008-7198

Visit Escondido
235 East Grand Avenue
Escondido, CA 92025-2802

Volvo Specialists of Escondido
235 N Andreason
Escondido, CA 92029-1316

Wacker Chemical Corporation
6870 Tilghman St
Allentown, PA 18106-9346

Waddle Surveying Company, Inc.
104 Meadowridge Drive
Warner Robins, GA 31093-2124

Warner Robins Convention & Visitors Bureau
99 Armed Forces Blvd
Warner Robins, GA 31093-2797

Wellston Decorating Center, Inc.
2405 Moody Road
Warner Robins, GA 31088-6135

West Automotive Group/W. Escondido Trans.
2200 Auto Park Way, A
Escondido, CA 92029-1346

Western Electricity Coordinating Council
155 North 400 West 200
Salt Lake City, UT 84103-1114

Witman Ranch/Witman Family Farming
1433 Via Valente
Escondido, CA 92029-7244

Yelverton Jewelers LLC
198 South Houston Lake Rd.
Warner Robins, GA 31088-6474