# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **LAMMERT, INC. D/B/A HPN BOOKS** | § | **Case No. 5:20-50585-CAG-7** |
| | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s).** | § | |

## TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:    2/10/2021

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No.
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212-3314

(210) 738-3001

## EXHIBIT "A"

| Name and Address | Claim No. | Amount |
|---|---|---|
| Downtown Business Association<br>145 West Grand Avenue<br>Escondido, CA 92025 | 00007 | 40.28 |
| HPN Custom Media & Publishing<br>3224 Jordan Rd.<br>Orefield, PA 18069 | 00008 | 41.92 |
| Total: | | 82.20 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:                                          §
                                                §
**LAMMERT, INC. D/B/A HPN BOOKS**      §        **Case No. 5:20-50585-CAG-7**
                                                §
                                                §
                                                §
                                                §
                    Debtor(s).                  §

## CERTIFICATE OF MAILING

I certify that a copy of: DEPOSIT OF UNCLAIMED DIVIDENDS was mailed to the below named persons, by first class mail, on this the 10th day of February, 2020.

Address(es):

U.S. TRUSTEE
P. O. BOX 1539
SAN ANTONIO, TEXAS 78295-1539

DEBTOR
Lammert, Inc. d/b/a HPN Books
11535 Galm Road, Suite 101
San Antonio, TX 78254-5206

ATTORNEY FOR DEBTOR
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926

CREDITORS:
Downtown Business Association
145 West Grand Avenue
Escondido, CA 92025

HPN Custom Media & Publishing
3224 Jordan Rd.
Orefield, PA 18069

Respectfully submitted by:

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, 7 Trustee
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212-3314
(210) 738-3001